**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| VARTA MICROBATTERY GMBH,<br>Plaintiff,<br>v. | |
| COSTCO WHOLESALE CORPORATION | C.A. No. 2:20-cv-0051-JRG<br><br>LEAD CASE |
| BEST BUY CO., INC., ET AL | C.A. No. 2:20-cv-00054-JRG |
| PEAG, LLC | C.A. No. 2:20-cv-00071-JRG |
| AUDIO PARTNERSHIP LLC, ET AL<br>Defendants. | C.A. No. 2:20-cv-00138-JRG |

**PATENT RULE 4-3 JOINT CLAIM CONSTRUCTION
AND PREHEARING STATEMENT**

Pursuant to Local Patent Rule 4-3 and the Docket Control Order (Dkt. 54), Plaintiff VARTA Microbattery GmbH ("VARTA") and Defendants PEAG, LLC d/b/a JLab Audio and Audio Partnership LLC and Audio Partnership PLC d/b/a Cambridge Audio (collectively "Defendants") hereby submit this Joint Claim Construction and Prehearing Statement.

## I. P.R. 4-3(a)(1) - AGREED CONSTRUCTIONS

The parties have met and conferred pursuant to P.R. 4-2(c) and have been unable to agree to any constructions.

## II. P.R. 4-3(b)(2) – PROPOSED CONSTRUCTIONS FOR DISPUTED TERMS AND IDENTIFICATION OF INTRINSIC AND EXTRINSIC EVIDENCE

Exhibit A sets forth each party's proposed constructions for each disputed term, phrase, or clause of the Patents-in-Suit and identifies the intrinsic and extrinsic evidence on which the

parties intend to rely. Each party reserves the right to rely on any intrinsic or extrinsic evidence identified by the other party and evidence that may be obtained through claim construction discovery taken pursuant to P.R. 4-4 and the Docket Control Order (Dkt. 54).

## III. P.R. 4-3(b)(3) – ANTICIPATED LENGTH OF TIME FOR HEARING

The parties anticipate that the Claim Construction Hearing will take approximately three (3) hours with time equally divided between VARTA and Defendants.

## IV. P.R. 4-3(b)(4) – WITNESS TESTIMONY AT HEARING

The parties do not intend to present live testimony of witnesses at the Claim Construction Hearing. However, as identified in Exhibit A, the parties may rely on the expert declarations of Dr. Martin Peckerar (in support of VARTA) and William Gardner (in support of Defendants).

## V. P.R. 4-3(b)(5) – OTHER ISSUES

The parties are currently unaware of any other issues that should be addressed at a prehearing conference prior to the Claim Construction Hearing.

Dated: October 23, 2020

*/s/ Paul A. Ragusa*
Paul A. Ragusa
New York Bar No 2591162
paul.ragusa@bakerbotts.com
Jennifer C. Tempesta
New York Bar No. 4397089
jennifer.tempesta@bakerbotts.com
**BAKER BOTTS L.L.P.**
30 Rockefeller Plaza
New York, NY 10112
212-408-2500

Jeff D. Baxter
Texas Bar No. 24006816
jeff.baxter@bakerbotts.com
**BAKER BOTTS L.L.P.**
2001 Ross Avenue, Suite 900

Respectfully submitted,

*/s/ Andrew W. Stinson*
H. Michael Hartmann *(admitted pro hac vice)*
IL State Bar No. 1146130
Wesley O. Mueller *(admitted pro hac vice)*
IL State Bar No. 6199650
Robert T. Wittmann *(admitted pro hac vice)*
IL State Bar No. 6273264
J. Karl Gross *(admitted pro hac vice)*
IL State Bar No. 6275041
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza
180 North Stetson Avenue, Suite 4900
Chicago, IL 60601
312-616-5600
mhartmann@leydig.com
wmueller@leydig.com
bwittmann@leydig.com

Dallas, Texas 75901
214-953-6500

*Attorneys for Defendants*
*Audio Partnership LLC,*
*Audio Partnership PLC d/b/a Cambridge*
*Audio, and PEAG, LLC d/b/a JLab Audio.*

kgross@leydig.com

Andrew W. Stinson
State Bar No. 24028013
RAMEY & FLOCK, PC
100 E. Ferguson Street, Suite 404
Tyler, TX 75702
903-597-3301
andys@rameyflock.com

*Attorneys for VARTA Microbattery GmbH*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on October 23, 2020, a true and correct copy of the foregoing document was served on all attorneys of record who have consented to electronic service via the Court's Electronic Filing Service.

*/s/ Andrew W. Stinson*
Andrew W. Stinson