# JOINT CHART OF PROPOSED CONSTRUCTIONS

| Claim Terms to Be Construed (asserted claims) | VARTA's Proposed Constructions and Support | Defendants' Proposed Constructions and Support |
|---|---|---|
| "button cell"<br><br>All Asserted Claims of the Patents-in-Suit | "a small, generally round and flat battery typically used in small electronic devices"<br><br><u>Intrinsic Evidence</u>:<br>'835 Patent: Title, Abstract, Claims 1, 9, 1:16, 1:28-29, 1:31-33, 1:37-39, 1:47-56, 2:40-49, 2:50-55, 3:7-12, 3:27-34, 3:56-57, 3:63-65, 4:42-47, 4:48-55, 5:18-22, 6:35-45, 6:46-48, 6:50-53, 6:54-58, 6:63-66, 7:55-8:16, 8:43-46, 8:53-58, 9:1-11, 10:4-11, 11:1-7, 11:23-31.<br><br>'581 Patent: Title, Abstract, Claim 9, 1:17, 1:29-30, 1:32-34, 1:38-40, 1:48-57, 2:40-49, 2:50-55, 3:7-12, 3:27-35, 3:57-59, 3:36-66, 4:44-57, 5:20-25, 6:39-62, 6:65-7:1, 7:60-8:21, 8:49-52, 8:60-63, 9:8-18, 10:11-18, 11:11-19, 11:35-43.<br><br>'913 Patent: Title, Abstract, Claims 1, 4, 6, 1:18, 1:30-31, 1:33-35, 1:39-41, 1:49-58, 2:41-50, 2:51-56, 3:66-4:2, 4:19-21, 4:49-51, 4:56-58, 5:35-48, 6:11-15, 7:31-54, 7:57-60, 8:52-9:13, 9:41-44, 9:51-54, 9:66-10:9, 11:4-11, 12:4-10, 12:27-35.<br><br>'858 Patent Title, Abstract, Claim 1, 1:17, 1:24-25, 1:27-28, 2:28-41, 2:42-49, 2:65-3:1, 3:24-28, 3:36-40, 4:10-14, 4:40-50, 4:51-54, 5:9-15, 5:25-28, 5:35-37, 6:7-12, 6:52-63. | To the extent the preamble is found to be a claim limitation, "a battery having a height less than or equal to a diameter"<br><br><u>Intrinsic Evidence:</u><br><br>*See, e.g.*, '835 Patent at 6:39-40, '581 Patent at 6:43-44, '913 Patent at 7:35-36 ("The ratio of the height to the diameter of button cells is, by definition, less than 1").<br><br>*See, e.g.*, '858 Patent at 4:43-44 ("It is, however, important that the ratio of height to diameter is preferably always less than 1").<br><br><u>Extrinsic Evidence:</u><br><br>*See* Linden & Reddy Handbook of Batteries (3d Ed. 2002) at 845 (DEFS-PA00001306). |

**JOINT CHART OF PROPOSED CONSTRUCTIONS**

| **Claim Terms to Be Construed (asserted claims)** | **VARTA's Proposed Constructions and Support** | **Defendants' Proposed Constructions and Support** |
|---|---|---|
| | '858 Prosecution History: Response (Sept. 9, 2013) VARTA0000566-571.<br><br>Extrinsic Evidence:<br>Decl. of Dr. Martin Peckerar, Ph.D. ¶¶ 83-93.<br><br>"Button Cell" from Electropedia.org www.electropedia.org/iev/iev.nsf/ display?openform&ievref=482-02-40<br><br>Linden & Ready Handbook of Batteries, (3d Ed. 2002) Chap. 13:3 (DEFS-PA00000770-773).<br><br>S. 516, 112th Cong. (2011). | |
| "insulating means"<br><br>Claim 1 of the '835 Patent<br>Claims 1, 2, 6 and 7 of the '913 Patent | Subject to 35 U.S.C. § 112, ¶ 6<br><br>Structure: layer(s) comprising a film and/or plastic and structural equivalents<br><br>Function: electrically insulating<br><br>Intrinsic Evidence:<br>'835 Patent: Claim 1, 6:9-16, 6:31-34, 11:17-22, 11:64-67.<br><br>'913 Patent: Claim 1-8, 7:4-12, 7:29-30, 12:20-26, 13:2-5. | Subject to 35 U.S.C. § 112, ¶ 6.<br><br>Function: electrically insulating<br><br>Structure: "a flat layer comprising a film and/or plastic and structural equivalents"<br><br>Intrinsic Evidence:<br><br>*See, e.g.*, '835 patent at 6:14-16, 11:17-23.<br><br>*See, e.g.*, '913 patent at 3:26-28, 12:20-26.<br><br>Extrinsic Evidence: |

**JOINT CHART OF PROPOSED CONSTRUCTIONS**

| Claim Terms to Be Construed (asserted claims) | VARTA's Proposed Constructions and Support | Defendants' Proposed Constructions and Support |
|---|---|---|
| | Extrinsic Evidence:<br>Decl. of Dr. Martin Peckerar, Ph.D. ¶¶ 94-100. | *See* Supplemental Expert Declaration of William Gardner ¶ 3.<br><br>*See also* Expert Declaration of William Gardner ¶¶ 88-92 (DEFS-PA00005927 – DEFS-PA00006127). |
| "closed without being beaded over"<br><br>Claim 1 of the '835 Patent | "closed at overlapping sides of the housing cup and top without a bend in the cut end of the housing cup extending over a top edge area of the housing top"<br><br>Intrinsic Evidence:<br>'835 Patent: Abstract, 2:4-28, 3:30-34, 3:44-55, 6:46-58, 7:10-54, 9:19-21, 10:5-12, FIGS. 1, 4, 5.<br><br>'835 Prosecution History: Preliminary Amendment (July 28, 2011) VARTA0001339-40 & VARTA0001435-441; Response (May 2, 2014) VARTA0001626-636.<br><br>Extrinsic Evidence:<br>Decl. of Dr. Martin Peckerar, Ph.D. ¶¶ 101-116. | "closed without at least a portion of the housing cup edge being deformed or crimped radially inward such that the housing top cannot be vertically displaced without outwardly deforming the housing cup edge"<br><br>Intrinsic Evidence:<br><br>*See, e.g.*, '835 patent at 3:26-27, 3:60.<br><br>Extrinsic Evidence:<br><br>*See* Expert Declaration of William Gardner ¶¶ 93-98 (DEFS-PA00005927 – DEFS-PA00006127).<br><br>*See, e.g.*, Linden & Reddy Handbook of Batteries (3d Ed. 2002) at 280, 338 (DEFS-PA00000741; DEFS-PA00000799). |
| "connected to one another by at least one flat separator" | plain and ordinary meaning | "laminated, adhesively bonded, or otherwise bonded to one another by at least one flat separator" |

**JOINT CHART OF PROPOSED CONSTRUCTIONS**

| **Claim Terms to Be Construed (asserted claims)** | **VARTA's Proposed Constructions and Support** | **Defendants' Proposed Constructions and Support** |
|---|---|---|
| Claim 1 of the '835 Patent<br>Claim 1 of the '581 Patent<br>Claims 1, 4, and 6 of the '913 Patent | <u>Alternatively:</u><br>"joined together"<br><br><u>Intrinsic Evidence</u>:<br>'835 Patent: Claims 2, 4, Abstract, 1:16-24, 1:44-46, 2:40-49, 3:24-27, 3:56-62, 3:63-4:4, 5:13-16, 10:13-16, 10:58-67, FIGS. 1, 3A and 3B.<br><br>'581 Patent: Claims 2, 4, Abstract, 1:17-25, 1:45-48, 2:40-49, 3:24-30, 3:57-63, 3:64-4:6, 5:17-19, 10:21-24, 11:1-10.<br><br>'913 Patent: Claims 1, 4, 6, Abstract, 1:10-26, 1:46-49, 2:41-50, 4:16-22, 4:49-55, 4:56-65, 6:8-10, 11:14-17, 11:61-12:3.<br><br><u>Extrinsic Evidence</u>:<br>Decl. of Dr. Martin Peckerar, Ph.D. ¶¶ 117-127.<br><br>WEBSTER'S NEW WORLD COLLEGE DICTIONARY, (4th ed. 2005) at 309.<br><br>THE AMERICAN HERITAGE DICTIONARY, (new college ed. 1976) at 282.<br><br>AMERICAN HERITAGE COLLEGE EDITION, (2nd college ed. 1982) at 311 | <u>Intrinsic Evidence</u>:<br><br>*See*, *e.g.*, '835 patent at 3:26-27, 3:60.<br><br>*See*, *e.g.*, '581 patent at 3:26-27.<br><br>*See*, *e.g.*, '913 patent at 4:18-19.<br><br><u>Extrinsic Evidence</u>:<br><br>*See* Expert Declaration of William Gardner ¶¶ 99-106 (DEFS-PA00005927 – DEFS-PA00006127).<br><br>*See*, *e.g.*, Linden & Reddy Handbook of Batteries (3d Ed. 2002) at 1146 (DEFS-PA00001607).<br><br>*See*, *e.g.*, DE 3638793 at Abstract (DEFS-PA00000013).<br><br>*See*, *e.g.*, *laminate*, Collins Discovery Encyclopedia, 1st Edition (2005), <u>https://encyclopedia2.thefreedictionary.com/laminate (DEFS-PA00006134).</u> |

**JOINT CHART OF PROPOSED CONSTRUCTIONS**

| Claim Terms to Be Construed (asserted claims) | VARTA's Proposed Constructions and Support | Defendants' Proposed Constructions and Support |
|---|---|---|
| "in the form of flat layers"<br><br>Claim 1 of the '835 Patent<br>Claim 1 of the '581 Patent<br>Claims 1, 4, and 6 of the '913 Patent | plain and ordinary meaning<br><br>Alternatively:<br>"in the form of thin layers"<br><br>Intrinsic Evidence:<br>'835 Patent: Claim 1, Abstract, 1:16-24, 1:47-51, 2:40-49, 2:50-55, 3:22-26, 3:56-62, 3:63-4:4, 5:4-20, 5:21-22, 9:33-34, 10:13-16, 10:58-67, 11:4-9, FIGS. 1, 3A, 3B, and 5.<br><br>'835 Prosecution History: Orig. Claims VARTA0001331-1334, Response (May 2, 2014) VARTA0001630-636, Office Action (Sept. 2, 2014) VARTA0001749-755.<br><br>'581 Patent: Claim 1, Abstract, 1:17-25, 1:48-53, 2:40-49, 2:50-55, 3:22-26, 3:57-63, 5:7-22, 5:23-25, 9:40-42, 10:21-24, 11:1-10, 11:12-21, FIGS. 1, 3A, 3B, 5.<br><br>'913 Patent: Claims 1, 4, 6, Abstract, 1:18-26, 1:49-54, 2:41-56, 4:14-18, 4:49-55, 4:56-65, 5:65-6:13, 6:14-15, 10:32-34, 11:14-17, 11:61-12:3, 12:5-12, FIGS. 1, 3A, 3B, 5.<br><br>Extrinsic Evidence:<br>Decl. of Dr. Martin Peckerar, Ph.D. ¶¶ 128-133.<br><br>WEBSTER'S NEW WORLD COLLEGE DICTIONARY, (4th ed. 2005) at 539. | Terms is inexplicitly inconsistent with "a spiral winding" below<br><br>Intrinsic Evidence:<br><br>*See, e.g.*, '835 Patent at FIG. 4 (showing insulating means as a "flat layer") and 6:31-32 ("the insulating means may be a flat layer composed of plastic")<br><br>*See, e.g.*, '835 Patent at 9:29-32 ("with an electrode-separator assembly with electrodes in the form of a flat layer being inserted into the housing such that the electrodes are aligned at right angles to the flat bottom area and flat top area").<br><br>*See, e.g.*, '835 Patent at 12: 8-9, 15-16 ("at least one positive and at least one negative electrode in the form of *flat layers* . . . the electrode separator assembly is in the form of a spiral winding").<br><br>Extrinsic Evidence:<br><br>*See* Supplemental Expert Declaration of William Gardner ¶ 4.<br><br>Oklahoma State University Web Handling Research Ctr., *Basic Definitions* (2020), |

JOINT CHART OF PROPOSED CONSTRUCTIONS

| Claim Terms to Be Construed (asserted claims) | VARTA's Proposed Constructions and Support | Defendants' Proposed Constructions and Support |
|---|---|---|
| | THE AMERICAN HERITAGE DICTIONARY, (new college ed. 1976) at 499.<br><br>AMERICAN HERITAGE COLLEGE EDITION, (2nd college ed. 1982) at 511. | https://webhandling.okstate.edu/basic-definitions.html (DEFS-PA00006316). |
| "a spiral winding"<br><br>Claim 1 of the '835 Patent<br>Claim 1 of the '581 Patent<br>Claims 1, 4, and 6 of the '913 Patent | plain and ordinary meaning<br><br>Intrinsic Evidence:<br>'835 Patent: Claim 1, Abstract, 1:16-24, 1:47-51, 2:40-49, 2:50-55, 3:22-26, 3:56-62, 3:63-4:4, 5:4-20, 5:21-22, 9:33-34, 10:13-16, 10:58-67, 11:4-9, FIGS. 1, 3A, 3B, and 5.<br><br>'835 Prosecution History: Orig. Claims VARTA0001331-1334, Response (May 2, 2014) VARTA0001630-636, Office Action (Sept. 2, 2014) VARTA0001749-755.<br><br>'581 Patent: Claim 1, Abstract, 1:17-25, 1:48-53, 2:40-49, 2:50-55, 3:22-26, 3:57-63, 5:7-22, 5:23-25, 9:40-42, 10:21-24, 11:1-10, 11:12-21, FIGS. 1, 3A, 3B, 5.<br><br>'913 Patent: Claims 1, 4, 6, Abstract, 1:18-26, 1:49-54, 2:41-56, 4:14-18, 4:49-55, 4:56-65, 5:65-6:13, 6:14-15, 10:32-34, 11:14-17, 11:61-12:3, 12:5-12, FIGS. 1, 3A, 3B, 5. | Term is inexplicitly inconsistent with "in the form of flat layers"<br><br>Intrinsic Evidence:<br><br>*See, e.g.*, '835 Patent at FIG. 4 (showing insulating means as a "flat layer") and 6:31-32 ("the insulating means may be a flat layer composed of plastic") .<br><br>*See, e.g.*, '835 Patent at 9:29-32 ("with an electrode-separator assembly with electrodes in the form of a flat layer being inserted into the housing such that the electrodes are aligned at right angles to the flat bottom area and flat top area").<br><br>*See, e.g.*, '835 Patent at 12: 8-9, 15-16 ("at least one positive and at least one negative electrode in the form of *flat layers* . . . the electrode separator assembly is in the form of a spiral winding"). |

**JOINT CHART OF PROPOSED CONSTRUCTIONS**

| Claim Terms to Be Construed (asserted claims) | VARTA's Proposed Constructions and Support | Defendants' Proposed Constructions and Support |
|---|---|---|
| | Extrinsic Evidence:<br>Decl. of Dr. Martin Peckerar, Ph.D. ¶¶ 128-133. | Extrinsic Evidence:<br><br>*See* Supplemental Expert Declaration of William Gardner ¶ 4.<br><br>*See also* Oklahoma State University Web Handling Research Ctr., *Basic Definitions* (2020), https://webhandling.okstate.edu/basic-definitions.html. |
| "the housing cup and the housing top"<br><br>Claim 1 of the '835 Patent | plain and ordinary meaning<br><br><br>Intrinsic Evidence:<br>'835 Patent: Claim 1, Abstract, 3:7-12, 9:27-32, 10:5-12, 11:25-31, FIGS. 1, 4, 5.<br><br>'835 Prosecution History: Preliminary Amendment (July 28, 2011) VARTA0001339-40, VARTA0000435-441, Office Action (Mar. 27, 2014) VARTA0001619-625.<br><br>'581 Patent: Claim 1, Abstract, 3:7-12, 9:34-39, 10:12-20, 11:11:37-43, FIGS. 1, 4, 5.<br><br>'913 Patent: Claims 1, 4, 6, Abstract, 3:66-4:4, 10:26-31, 11:5-11, 12:29-35. | Indefinite<br><br><br>Intrinsic Evidence:<br><br>*See, e.g.*, '835 Patent at 11:17-19 ("insulating means 412 are arranged between the end faces of the winding and the cup part 401 and the top part 402 and are each in the form of thin plastic disks").<br><br>Extrinsic Evidence:<br><br>Expert Declaration of William Gardner ¶ 168 (DEFS-PA00005927 – DEFS-PA00006127). |

**JOINT CHART OF PROPOSED CONSTRUCTIONS**

| Claim Terms to Be Construed (asserted claims) | VARTA's Proposed Constructions and Support | Defendants' Proposed Constructions and Support |
|---|---|---|
| | Extrinsic Evidence:<br>Decl. of Dr. Martin Peckerar, Ph.D. ¶¶ 134-146. | |
| "thin plastic disk(s)"<br><br>Claims 3, 5, and 8 of the '913 Patent | plain and ordinary meaning<br><br>Intrinsic Evidence:<br>'913 Patent: Claims 1-8, 6:11-16, 7:4-12, 7:27-30, 12:20-26, 13:2-5, FIG.4.<br><br>Extrinsic Evidence:<br>Decl. of Dr. Martin Peckerar, Ph.D. ¶¶ 147-153. | Indefinite<br><br>Intrinsic Evidence:<br><br>*See, e.g.*, '913 Patent at 3:4, 23, 12:23,65 (repeated use of the phrase "thin" but no objective measure of the term is given).<br><br>Extrinsic Evidence:<br><br>*See* Supplemental Expert Declaration of William Gardner ¶ 6. |
| "spiral winding having upper and lower end faces defining side surfaces of the spiral winding"<br><br>Claim 6 of the '913 Patent | plain and ordinary meaning<br><br>Intrinsic Evidence:<br>'913 Patent: Claims 1, 4, 6, 11:1-21, 12:29-33, 12:44-51; FIG. 5.<br><br>'835 Patent: Claim 1. | Indefinite<br><br>Intrinsic Evidence:<br><br>*See, e.g.*, '913 Patent at FIGS. 3A & 3B (showing a spiral winding having a top surface, a bottom surface, and a single "side surface" not multiple "side surfaces"). |

JOINT CHART OF PROPOSED CONSTRUCTIONS

| Claim Terms to Be Construed (asserted claims) | VARTA's Proposed Constructions and Support | Defendants' Proposed Constructions and Support |
|---|---|---|
| | '835 Prosecution History: Response (Mar. 19, 2015) VARTA0001893-899, Notice (June 22, 2015) VARTA0001909-916.<br><br>Extrinsic Evidence:<br>Decl. of Dr. Martin Peckerar, Ph.D. ¶¶ 154-160. | Extrinsic Evidence:<br><br>*See* Supplemental Expert Declaration of William Gardner ¶ 7 |
| "metal foil"<br><br>Claims 1 and 4 of the '858 Patent | plain and ordinary meaning<br><br>Alternative:<br>thin flexible sheet of metal<br><br>Intrinsic Evidence:<br>'858 Patent: Claims 1, 4, 4:51-54, 7:7-12, FIGS. 1A, 1B.<br><br>'858 Prosecution History: Preliminary Amendment (Dec. 14, 2011) VARTA0000329-330, Response (Feb. 24, 2014) VARTA0000588-593, Office Action (Mar. 13, 2014) VARTA0000598-600, Response (Dec. 23, 2014) VARTA000861-865<br><br>Extrinsic Evidence:<br>Decl. of Dr. Martin Peckerar, Ph.D. ¶¶ 161-167. | "metal foil having a thickness between 5 and 100 micrometers"<br><br>Intrinsic Evidence:<br><br>*See, e.g.*, '858 Patent at 7:16-18. |
| "connects to the respective housing half with weld beads and/or weld spots passing | "connects to the respective housing half with weld beads and/or spots formed on the inside | "connects to the respective housing half with weld beads and/or weld spots passing |

**JOINT CHART OF PROPOSED CONSTRUCTIONS**

| **Claim Terms to Be Construed (asserted claims)** | **VARTA's Proposed Constructions and Support** | **Defendants' Proposed Constructions and Support** |
|---|---|---|
| through the housing, the weld beads and/or weld spots originating from an outer side"<br><br>Claims 1 and 4 of the '858 Patent | of the housing originated by a welding device only on the outside of the housing which passes energy through the housing"<br><br><u>Intrinsic Evidence</u>:<br>'858 Patent: 4:10-14, 4:22-39, 5:46-6:7, 6:8-44, FIGS. 1b, 5.<br><br>'858 Prosecution History: Response (Sept. 9, 2013) VARTA0000566-571, Response (Dec. 24, 2014) VARTA0000588-593, Response (Dec. 23, 2014) VARTA0000861-865, Advisory Action (Dec. 29, 2014) VARTA0000873-876, Response (May 26, 2015) VARTA0000934-935, Appeal Brief (June 22, 2016) VARTA0000984-999.<br><br><u>Extrinsic Evidence</u>:<br>Decl. of Dr. Martin Peckerar, Ph.D. ¶¶ 168-181.<br><br>WEBSTER'S NEW WORLD COLLEGE DICTIONARY, (4th ed. 2005) at 309.<br><br>THE AMERICAN HERITAGE DICTIONARY, (new college ed. 1976) at 282.<br><br>AMERICAN HERITAGE COLLEGE EDITION, (2nd college ed. 1982) at 311 | through the housing, the weld beads and/or weld sports originated by a beam welding device only on the outside of the housing"<br><br><u>Intrinsic Evidence</u>:<br><br>'858 File History (Production No.: DEFS-PA00004838) at 693 ("Instead forming a connection by laser welding is necessary").<br><br><u>Extrinsic Evidence</u>:<br><br>Expert Declaration of William Gardner ¶ 71 (DEFS-PA00005927 – DEFS-PA00006127).<br><br>*See, e.g.*, VARTA's Response to EPO in EP Application 10736995 at 6 ("an expert would need a motivation to combine the conductors of the electrode winding with the illustrated button cell housings by means of laser welding, after the closing of the housing"). |